**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

# IN THE SUPREME COURT OF THE STATE OF NEVADA

LN MANAGEMENT LLC SERIES 1467
HIALEAH B,
Appellant,
vs.
BANK OF AMERICA, N.A.,
Respondent.

No. 65677

**FILED**

JAN 1 2 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

On June 23, 2014, this court issued an order to show cause why this appeal should not be dismissed for lack of jurisdiction, which pointed out that claims remained pending below and that the appealed order was not properly certified as final under NRCP 54(b). Appellant timely responded on July 24, requesting an additional 60 days in which to cure the perceived jurisdictional defect. Because appellant did not communicate with this court within the requested 60 days, this court issued a second order to show cause on October 9, which directed appellant to file a supplemental response within 11 days and warned appellant that failure to demonstrate that this court has jurisdiction would result in the dismissal of this appeal. On October 21, appellant filed its supplemental response, which asked for an additional 14 days to cure the jurisdictional defect. To date, appellant has not provided this

15-01250

court with documentation demonstrating that the perceived jurisdictional defect has been cured or otherwise communicated with this court. Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc: Hon. Douglas W. Herndon, District Judge
Kerry P. Faughnan
Akerman LLP/Las Vegas
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A